948 So.2d 183 (2007)
LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM (Lasers)
v.
Jane McWILLIAMS, Joelle McWilliams, and Dianne (McWilliams) Sanders.
No. 2006-C-2204.
Supreme Court of Louisiana.
February 2, 2007.
In re Louisiana State Employees' Retirement System;Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. O, No. 513,858; to the Court of Appeal, First Circuit, No. 2005 CA 0938.
Granted. Consolidated with 2006-C-2191.